UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ABG INTERMEDIATE HOLDINGS 2, LLC,

                Plaintiff,

       -against-                                     22-cv-0473 (LAK)

BOLT FINANCIAL, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk shall unseal the notice of removal (but not the exhibits) and put the case caption and lawyers on the docket sheet.

        Except to the extent, if any, that this Court may rule otherwise in advance of filing, all future filings in this case shall be filed on the public record.

        SO ORDERED.

Dated:      January 31, 2022

                                                  /s/    Lewis A. Kaplan

                                              _____
                                                    Lewis A. Kaplan
                                               United States District Judge