# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

February 4, 2022

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/22
```

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *ABG Intermediate Holdings 2, LLC and ABG-SPG ES, LLC v. Bolt Financial, Inc.*, 22-cv-00473 (LAK)

Dear Judge Kaplan:

We write on behalf of Plaintiffs in the above-captioned case. As discussed with Your Honor during the conference held on February 1, 2022, the Complaint in this matter was initially filed under seal in light of certain confidentiality provisions contained in the parties' agreements. At Your Honor's direction, we have conferred with counsel for Defendant Bolt Financial, Inc. regarding the need for continued sealing and the parties have agreed that the current Complaint should be filed publicly.

Accordingly, Plaintiffs respectfully request that the Court unseal the Complaint. We have enclosed a proposed order to that effect.

Thank you for your consideration of this matter.

Respectfully submitted,

**MEMO ENDORSED**

/s/ *Nicholas A. Gravante, Jr.*
Nicholas A. Gravante, Jr.

cc:   Counsel of Record

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ  2/7/2022

Nicholas A. Gravante, Jr.  Tel 212-504-6500  Fax 212-504-6666  Nicholas.Gravante@cwt.com