UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ABG INTERMEDIATE HOLDINGS 2, LLC AND
ABG-SPG ES, LLC

                        Plaintiffs,

-against-

BOLT FINANCIAL, INC.,

                        Defendant.

Case No. 22-CV-00473 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/22

**ORDER TO UNSEAL**

Upon consideration of Plaintiffs' letter request to unseal, it is ORDERED that the request is hereby GRANTED and the Complaint in above-captioned matter is hereby unsealed.

Dated: __2/7/__, 2022

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE