UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABG INTERMEDIATE HOLDINGS 2, LLC AND ABG-SPG ES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>BOLT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 22-CV-00473 |

## DEFENDANT BOLT FINANCIAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Bolt Financial, Inc., by and through its undersigned counsel, will move this Court, at a date and time to be determined by the Court, for an order dismissing in its entirety Plaintiffs' First Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum of Law in Support of Defendant Bolt Financial, Inc.'s Motion to Dismiss the Complaint, and the Declaration of Adam Wolfson dated March 18, 2022, with exhibits thereto.

DATED: March 18, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Adam Wolfson*
    Richard I. Werder, Jr.
    Adam Wolfson
    Victoria Parker (*pro hac vice forthcoming*)
    Philip B. Jobe

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Defendant Bolt Financial, Inc.*