UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABG INTERMEDIATE HOLDINGS 2, LLC AND ABG-SPG ES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>BOLT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 22-CV-00473(LAK) |

## DEFENDANT BOLT FINANCIAL, INC.'S NOTICE OF MOTION TO STAY DISCOVERY

**PLEASE TAKE NOTICE** that Defendant Bolt Financial, Inc., by and through its undersigned counsel, will move this Court, at a date and time to be determined by the Court, for an order staying discovery pending resolution of Bolt's contemporaneously filed Motion to Dismiss the First Amended Complaint. This Motion is based on the accompanying Memorandum of Law in Support of Defendant Bolt Financial, Inc.'s Motion to Stay Discovery, and the Declaration of Phillip B. Jobe dated March 18, 2022, with Exhibit A annexed thereto.

DATED: March 18, 2022

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

By: */s/ Adam Wolfson*
   Richard I. Werder, Jr.
   Adam Wolfson
   Victoria Parker (*pro hac vice forthcoming*)
   Phillip B. Jobe

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Defendant Bolt Financial, Inc.*